UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                            :
In re                                       :          Chapter 7
                                            :          02-15749 (SMB)
ASIA GLOBAL CROSSING LTD., *et al.*,     :          and 02-15750 (SMB)
                                            :          (Jointly Administered)
                        Debtors.     :
                                            :
------------------------------------------------------------------X

**ORDER GRANTING (I) APPLICATION FOR SECOND INTERIM ALLOWANCE OF COMMISSIONS FOR ROBERT L. GELTZER, CHAPTER 7 TRUSTEE, (II) SECOND INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF (A) GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP, (B) BRYAN CAVE LLP, (C) DAVIS, GRABER, PLOTZKER & WARD, LLP, (D) MORRIS, NICHOLS, ARSHT & TUNNELL, AND (E) WAKEFIELD QUIN, AND (III) FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOLDIN ASSOCIATES, L.L.C.**

        Upon consideration of (i) the application (the "Trustee Application") for second interim allowance of commissions for Robert L. Geltzer, chapter 7 trustee (the "Trustee"), (ii) the second interim applications (the "Second Interim Applications") for allowance of compensation and reimbursement of expenses of (A) Golenbock Eiseman Assor Bell & Peskoe LLP ("GEABP"), general counsel to the Trustee, (B) Bryan Cave LLP ("BC"), special litigation counsel to the Trustee, (C) Davis, Graber, Plotzker & Ward, LLP ("DGPW"), accountants to the Trustee, (D) Morris, Nichols, Arsht & Tunnell ("MNAT"), Delaware local counsel to the Trustee and (E) Wakefield Quin ("WQ"), special Bermudian litigation and insolvency counsel to the Trustee and (iii) the first interim application (the "Goldin Application") for allowance of compensation and reimbursement of expenses of Goldin Associates, L.L.C. ("Goldin"), litigation support consultants to the Trustee (collectively, the

*325489.1*

"Applications"); for the fee periods set forth in each application;[1] and the Court having jurisdiction to consider the Applications and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been provided, pursuant to Bankruptcy Rule 2002(a)(6) and (c)(2) and Local Bankruptcy Rule 2002-1, to the United States Trustee, all parties who filed a notice of appearance or a request for notices pursuant to Bankruptcy Rule 2002, and all creditors of the Debtors who filed proofs of claim or were included on the Debtors' schedules; and upon consideration of the statements of the United States Trustee regarding (1) the Chapter 7 Trustee's Application for Second Interim Award of Commissions and Expenses, (2) the Trustee's Application for Second Interim Distribution to Creditors and (3) Applications for an Interim Award of Compensation of Fees and Expenses of Professionals; upon consideration of the Limited Objection of 360networks Corporation; and a hearing having been held by this Court on December 1, 2005 and upon the record of the hearing; and due consideration having been given to the Applications; and sufficient cause having been shown therefor, it is hereby

---

[1] The fee periods for each application are as follows: (1) the Trustee Application (June 12, 2003, through December 1, 2005), (2) the Second Interim Applications (September 1, 2004, through August 31, 2005), and (3) the Goldin Application (March 10, 2005, through October 15, 2005).

*325489.1*

ORDERED, that the Applications are granted to the extent set forth in Schedule A attached hereto.

Dated: New York, New York
December 2, 2005

                                                 **/s/ STUART M. BERNSTEIN**
                                                 Honorable Stuart M. Bernstein
                                                 Chief United States Bankruptcy Judge

Schedule A

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**CURRENT FEE PERIOD:**
**(Robert L. Geltzer - June 12, 2003, through December 1, 2005)**
**(GEABP, BC, DGPW, MNAT and WQ – September 1, 2004, through August 31, 2005)**
**(Goldin – March 10, 2005, through October 15, 2005)**

| Applicant | Date/Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Robert L. Geltzer, as Trustee | 11/9/05 No. 682 | $573,148.44 | $270,000 | $1,205.91 | $1,205.91 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | 11/9/04 No. 688 | $1,012,975.92 | $1,012,975.92 | $59,414.18 | $59,414.18 |
| Bryan Cave LLP | 11/9/05 No. 683 | $2,233,026.39 | $2,233,026.39 | $166,306 | $166,306 |
| Davis, Graber, Plotzker & Ward, LLP | 11/9/05 No. 684 | $714,287.20 | $714,287.20 | $4,300.01 | $4,300.01 |
| Morris, Nichols, Arsht & Tunnell | 11/9/05 No. 687 | $5,094.80 | $5,094.80 | $285.57 | $285.57 |
| Wakefield Quin | 11/9/05 No. 686 | $20,000 | $20,000 | $129.79 | $129.79 |
| Goldin Associates, L.L.C. | 11/9/05 No. 685 | $559,094.40 | $559,094.40 | $7,767.32 | $7,767.32 |

SCHEDULE A(1)　　　　　　　　　　　　　　　　　DATE: Dec. 2, 2005　　　INITIALS: SMB, USBJ

*325489.1*

Schedule A
(Cont.)

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**SUMMARY: ALL FEE PERIODS**
**(INCLUDING THIS PERIOD)**

| Applicant | Total Fees Requested* | Total Fees Awarded** | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Robert L. Geltzer, as Trustee | $785,148.44*** | $482,000 | $1,205.91 | $1,205.91 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | $1,846,077.67 | $1,846,077.67 | $95,043.36 | $95,043.36 |
| Bryan Cave LLP | $2,848,361.27 | $2,848,361.27 | $183,811.74 | $183,811.74 |
| Davis, Graber, Plotzker & Ward, LLP | $1,318,344 | $1,318,344 | $5,140.71 | $5,140.71 |
| Morris, Nichols, Arsht & Tunnell | $11,415.60 | $11,415.60 | $2,347.70 | $2,347.70 |
| Wakefield Quin | $52,000 | $52,000 | $453.41 | $453.41 |
| Goldin Associates, L.L.C. | $559,094.40 | $559,094.40 | $7,767.32 | $7,767.32 |

\* Excludes fees previously incurred but not requested (held back fees).
\*\* Fees held back are treated as not having been awarded.
\*\*\* The total commissions requested reflect a reduction in accordance with an agreement with the United States Trustee.

SCHEDULE A(2)  DATE: Dec. 2, 2005  INITIALS: SMB, USBJ

*325489.1*