UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :
In re                                           :    Chapter 7
                                                :    02-15749 (SMB)
ASIA GLOBAL CROSSING LTD.,  *et al.*,           :    and 02-15750 (SMB)
                                                :    (Jointly Administered)
                                   Debtors.     :
                                                :
------------------------------------------------------------------X

**ORDER GRANTING (I) APPLICATION FOR THIRD INTERIM ALLOWANCE OF COMMISSIONS FOR ROBERT L. GELTZER, CHAPTER 7 TRUSTEE, (II) THIRD INTERIM APPLICATIONS FOR ALLOWANCES OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF (A) GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP, (B) BRYAN CAVE LLP, (C) DAVIS, GRABER, PLOTZKER & WARD, LLP AND (D) MORRIS, NICHOLS, ARSHT & TUNNELL, AND (III) SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOLDIN ASSOCIATES, L.L.C.**

Upon consideration of (i) the application (the "Trustee Application") for third interim allowance of commissions for Robert L. Geltzer, chapter 7 trustee (the "Trustee"), (ii) the third interim applications (the "Third Interim Applications" and together with the Trustee Appliation, the "Applications")) for allowances of compensation and reimbursement of expenses of (A) Golenbock Eiseman Assor Bell & Peskoe LLP ("GEABP"), general counsel to the Trustee, (B) Bryan Cave LLP ("BC"), special litigation counsel to the Trustee, (C) Davis, Graber, Plotzker & Ward, LLP ("DGPW"), accountants to the Trustee and (D) Morris, Nichols, Arsht & Tunnell ("MNAT"), local Delaware counsel to the Trustee and (iii) the second interim application (the "Goldin Application") for an allowance of compensation and reimbursement of expenses of Goldin Associates, L.L.C. ("Goldin"), litigation support consultants to the Trustee (collectively, the "Applications");[1] and the

---

[1] The fee periods for each of the Applications are as follows: (1) June 12, 2003, through December 7, 2006, for the

363942.2

Court having jurisdiction to consider the Applications and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and upon consideration of the Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been provided, pursuant to Bankruptcy Rule 2002(a)(6) and (c)(2) and Local Bankruptcy Rule 2002-1, to the United States Trustee, all creditors or their counsel, the indenture trustee and all parties who filed a notice of appearance in this case; and upon consideration of the statement of the United States Trustee dated November 30, 2006, regarding the Applications; and upon consideration of the limited objection of 360networks Corporation to the Trustee Application; and a hearing having been held by this Court on December 7, 2006; and upon the record of the hearing; and due consideration having been given to the Applications; and sufficient cause having been shown therefor, it is hereby

ORDERED, that the Applications are granted to the extent set forth in Schedule A attached hereto.

Dated: New York, New York
December 8, 2006

    /s/   STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
Chief United States Bankruptcy Judge

---

Trustee Application, (2) September 1, 2005, through August 31, 2006, for the Third Interim Applications, and (3) October 16, 2006, through August 31, 2006, for the Goldin Application.

Schedule A

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**CURRENT FEE PERIOD:**
**(Robert L. Geltzer - June 12, 2003, through December 7, 2006)**
**(GEABP, BC, DGPW and MNAT – September 1, 2005, through August 31, 2006)**
**(Goldin – October 16, 2005, through August 31, 2006)**

| Applicant | Date/Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Robert L. Geltzer, as Trustee | 11/13/06 No. 829 | $1,124,514.65 | $258,276.50[2] | $0 | $0 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | 11/13/06 No. 830 | $779,201.29 | $779,201.29 | $32,602.81 | $32,602.81 |
| Bryan Cave LLP | 11/8/06 No. 831 | $1,220,975.51 | $1,220,975.51 | $35,520 | $35,520 |
| Davis, Graber, Plotzker & Ward, LLP | 11/2/06 No. 832 | $660,281.80 | $660,281.80 | $1,483.97 | $1,483.97 |
| Morris, Nichols, Arsht & Tunnell | 11/10/06 No. 833 | $3,675.75 | $3,675.75 | $47.15 | $47.15 |
| Goldin Associates, L.L.C. | 11/9/06 No. 834 | $288,898.14 | $288,898.14 | $4,893.93 | $4,893.93 |

SCHEDULE A(1)                                              DATE: 12/8/06      INITIALS: SMB, USBJ

---

[2] This sum includes $53,000 of commissions granted but held back in connection with the first interim application for commissions, Docket No. 505. *See also,* Transcript of Hearing dated December 9, 2004, pp. 26-27.

*363942.2*

Schedule A
(Cont.)

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**SUMMARY: ALL FEE PERIODS**
**(INCLUDING THIS PERIOD)**

| Applicant | Total Fees Requested | Total Fees Awarded****** | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Robert L. Geltzer, as Trustee | $1,606,514.65 | $740,276.50 | $1,205.91 | $1,205.91 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | $2,625,278.96* | $2,625,278.96* | $127,646.17 | $127,646.17 |
| Bryan Cave LLP | $4,069,336.78** | $4,069,336.78** | $219,331.74 | $219,331.74 |
| Davis, Graber, Plotzker & Ward, LLP | $1,978,625.80*** | $1,978,625.80*** | $6,624.68 | $6,624.68 |
| Morris, Nichols, Arsht & Tunnell | $15,091.35**** | $15,091.35**** | $2,394.85 | $2,394.85 |
| Goldin Associates, L.L.C. | $847,992.54***** | $847,992.54***** | $12,661.25 | $12,661.25 |

\*        Includes 50% of fees incurred but not previously requested (held back fees) in first and second interim fee applications, Docket Nos. 511 and 688., but requested and awarded pursuant to the third interim fee application, Docket No. 830.
\*\*        Includes 50% of fees incurred but not previously requested (held back fees) in first and second interim fee applications, Docket Nos. 506 and 683, but requested and awarded pursuant to the third interim fee application, Docket No. 831.
\*\*\*        Includes 50% of fees incurred but not previously requested (held back fees) in first and second interim fee applications, Docket Nos. 507 and 684, but requested and awarded pursuant to the third interim fee application, Docket No. 832.
\*\*\*\*        Includes 50% of fees incurred but not previously requested (held back fees) in first and second interim fee applications, Docket Nos. 508 and 687, but requested and awarded pursuant to the third interim fee application, Docket No. 833.
\*\*\*\*\*        Includes 50% of fees incurred but not previously requested (held back fees) in first interim fee applications, Docket No. 685, but requested and awarded pursuant to the third interim fee application, Docket No. 834.
\*\*\*\*\*\*  Fees held back are treated as not having been awarded.

SCHEDULE A(2) DATE: 12/8/06 INITIALS: SMB, USBJ