UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re:                                 :  **Chapter 7**
                                       :
   ASIA GLOBAL CROSSING LTD., et al., :  **Case No. 02-15749 through 02-15750**
                                       :  **(SMB)**
                              Debtors. :
                                       :  **Jointly Administered**
------------------------------------- x

**ORDER AUTHORIZING PAYMENT OF
EXPENSES INCURRED BY C2LEGAL DIGITAL
DOCUMENT MANAGEMENT PURSUANT TO 11 U.S.C. § 503**

Upon the application (the "Application") of Robert L. Geltzer, the Chapter 7 Trustee (the "Trustee") for Asia Global Crossing Ltd. and Asia Global Crossing Development Co. (collectively, the "Debtors"), to allow payment for duplicating and related expenses to C2Legal Digital Document Management ("C2Legal"), incurred on behalf of the Debtors' estates with respect to motion papers served on behalf of the Trustee seeking this Court's approval of settlements of various adversary proceedings effectuated by the Trustee; and no objections having been filed thereto; and sufficient notice of the relief requested in the Application having been given and no further notice being required and upon due deliberation and good cause appearing therefor; it is

**ORDERED** that, pursuant to the invoices set forth in Exhibit A attached to the Application, C2Legal be and is hereby awarded the sum of eleven thousand three hundred thirty-four dollars and seven cents ($11,334.07) (the "Expenses"); and it is further

**ORDERED** that, the Trustee is authorized and directed, upon entry of this Order, to pay the Expenses to C2Legal, in the amount awarded in this Order; and it is further

*361745.1*

**ORDERED** that, any requirement under any Local Bankruptcy Rules for the submission of a memorandum of law with respect to the Trustee's Application be, and the same hereby is, dispensed with and waived for the purposes of the instant Application.

Dated: New York, New York
December 8, 2006

                                              **/s/ STUART M. BERNSTEIN**
                                              **HONORABLE STUART M. BERNSTEIN**
                                              **CHIEF UNITED STATES BANKRUPTCY JUDGE**