UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                  :
In re                               :        Chapter 7
                                  :        02-15749 (SMB)
ASIA GLOBAL CROSSING LTD., *et al.*,   :        and 02-15750 (SMB)
                                  :        (Jointly Administered)
                      Debtors.   :
                                  :
---------------------------------------------------------------X

**ORDER REGARDING (A) FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF (I) BART M. SCHWARTZ, AND (II) GOLDIN ASSOCIATES, LLP, AND (B) APPLICATION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) ENLARGING THE EMPLOYMENT AND RETENTION OF DORADO DEVELOPMENT GROUP AND AUTHORIZING PAYMENT OF $7,175**

      Upon consideration of the (A) Applications for Final Allowance of Compensation and Reimbursement of Expenses of (I) Bart M. Schwartz, and (II) Goldin Associates, LLP, (together, the "Final Applications"), and (B) Application for Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Enlarging the Employment and Retention of Dorado Development Group and Authorizing Payment of $7, 175 (the "Dorado Application"); and the Court having jurisdiction to consider the Final Applications and the Dorado Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and upon consideration of the Final Applications and Dorado Application, and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Final Applications and the Dorado Application having been provided, pursuant to Bankruptcy Rule 2002(a)(6) and (c)(2) and Local Bankruptcy Rule 2002-1, to the United States Trustee, all creditors or their counsel, the indenture trustee and all

*399800.1*

parties who filed a notice of appearance in this case; and a hearing having been held by this Court on September 20, 2007; and upon the record of the hearing; and due consideration having been given to the Final Applications and the Dorado Application; and sufficient cause having been shown therefor, it is hereby

ORDERED, that the Final Applications are granted to the extent set forth in Schedule A attached hereto; and it is further

ORDERED, that the Dorado Application is denied.

Dated: New York, New York
September 25, 2007

      **/s/ STUART M. BERNSTEIN**
Honorable Stuart M. Bernstein
Chief United States Bankruptcy Judge

Schedule A

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**CURRENT FEE PERIOD:**
**(Bart M. Schwartz – January 18, 2007, through February 1, 2007)**
**(Goldin – August 31, 2006, through August 31, 2007)**

| Applicant | Date/Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Bart M. Schwartz | 8/31/07 No. 914 | $12,075.00 | $12,075.00 | $371.66 | $371.66 |
| Goldin Associates, LLP | 8/31/07 No. 913 | $267,294.30* | $267,294.30* | $4,075.05 | $4,075.05 |

* - This figure consists of the current period fees of $142,655 plus the fees previously incurred but not requested of $124,639.63.

SCHEDULE A(1)　　　　　　　　　　　　DATE: 9/25/07　　　INITIALS: SMB, USBJ

*399800.1*

Schedule A
(Cont.)

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**SUMMARY: ALL FEE PERIODS**
**(INCLUDING THIS PERIOD)**

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Bart M. Schwartz | $12,075.00 | $12,075.00 | $371.66 | $371.66 |
| Goldin Associates, LLP | $1,115,286.84 | $1,115,286.84 | $16,736.30 | $16,736.30 |

SCHEDULE A(2)                DATE: 9/25/07        INITIALS: SMB, USBJ