UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                             :

In re                                                 :         Chapter 7
                                                          :         02-15749 (SMB)
ASIA GLOBAL CROSSING LTD., *et al.,*         :         and 02-15750 (SMB)
                                                          :         (Jointly Administered)
                                      Debtors.   :
                                                          :
-----------------------------------------------------------------X

**ORDER GRANTING (I) APPLICATION FOR FOURTH INTERIM ALLOWANCE OF COMMISSIONS FOR ROBERT L. GELTZER, CHAPTER 7 TRUSTEE, (II) FOURTH INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF (A) GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP, (B) BRYAN CAVE LLP, AND (C) DAVIS, GRABER, PLOTZKER & WARD, LLP**

Upon consideration of (i) the application of Robert L. Geltzer, chapter 7 trustee (the "Trustee") for a fourth interim allowance of commissions (the "Trustee Application"), (ii) the fourth interim applications for allowances of compensation and reimbursement of expenses of (A) Golenbock Eiseman Assor Bell & Peskoe LLP ("GEABP"), general counsel to the Trustee, (B) Bryan Cave LLP ("BC"), special litigation counsel to the Trustee, and (C) Davis, Graber, Plotzker & Ward, LLP ("DGPW"), accountants to the Trustee (the foregoing applications of GEABP, BC and DGPW referred to herein as the " Fourth Interim Applications" and together with the Trustee Application, collectively referred to as the "Applications");[1] and the Court having jurisdiction to consider the Applications and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and upon consideration of the Applications and the relief

---

[1] The current fee periods for each of the Applications are as follows: (1) June 12, 2003, through December 6, 2007, for the Trustee Application, and (2) September 1, 2006, through August 31, 2007, for the Fourth Interim Applications.

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and pursuant to Bankruptcy Rule 2002(a)(6) and (c)(2) and Local Bankruptcy Rule 2002-1, due and proper notice of the Applications having been provided to the United States Trustee, all creditors or their counsel, the indenture trustee and all parties who filed a notice of appearance in this case; and upon consideration of the statement of the United States Trustee regarding the Applications, dated December 4, 2007; and upon consideration of the limited objection of 360networks Corporation to the Trustee Application; and a hearing having been held by this Court on December 6, 2007; and upon the record of the hearing; and due consideration having been given to the Applications; and sufficient cause having been shown therefor, it is hereby

ORDERED, that the Applications are granted to the extent set forth in Schedule A attached hereto.

Dated: New York, New York
December 6, 2007

 /s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
Chief United States Bankruptcy Judge

# Schedule A

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**CURRENT FEE PERIOD:**
**(Robert L. Geltzer - June 12, 2003, through December 6, 2007)**
**(GEABP, BC and DGPW– September 1, 2006, through August 31, 2007)**

| Applicant | Date/Docket Number | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Robert L. Geltzer, as Trustee | 11/14/07 Docket No. 930 | $1,870,391.91 | $148,409.00 | $1,262.73 | $1,262.73 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | 11/15/07 Docket No. 927 | $951,095.31 | $882,772.10 | $88,794.69 | $88,794.69 |
| Bryan Cave LLP | 11/5/07 Docket No. 929 | $476,037.38 | $115,132.00 | $10,804.42 | $10,804.42 |
| Davis, Graber, Plotzker & Ward, LLP | 11/2/07 Docket No. 928 | $558,124.90 | $496,188.80 | $664.00 | $664.00 |

SCHEDULE A(1)   DATE: 12/6/07   INITIALS: SMB,USBJ

*408325.3*

# Schedule A
## (Cont.)

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**SUMMARY: ALL FEE PERIODS**
**(INCLUDING THIS PERIOD)**

| Applicant | Total Fees Requested | Total Fees Awarded* | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Robert L. Geltzer, as Trustee | $2,610,668.41 | $888,685.50 | $2,468.64 | $2,468.64 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | $3,576,374.77 | $3,511,051.77 | $216,440.86 | $216,440.86 |
| Bryan Cave LLP | $4,545,374.17 | $4,184,468.79 | $230,136.41 | $230,136.41 |
| Davis, Graber, Plotzker & Ward, LLP | $2,536,750.70 | $2,474,814.60 | $7,288.68 | $7,288.68 |

\* Fees incurred but not requested are treated as not having been awarded.

.

SCHEDULE A(2)	DATE: 12/6/07	INITIALS: SMB, USBJ