UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––– x
In re: : **Chapter 7**
:
    ASIA GLOBAL CROSSING LTD., <u>et</u> <u>al.</u>, : **Case No. 02-15749 through 02-15750**
: **(SMB)**
                Debtors. :
: **Jointly Administered**
                    **Substantively Consolidated**
––––––––––––––––––––––––––––– x

**ORDER GRANTING APPLICATION FOR FIFTH AND FINAL ALLOWANCE
OF FEES AND REIMBURSEMENT OF EXPENSES OF BRYAN CAVE, LLP**

        Upon the Application (the "Final Fee Application") of Bryan Cave LLP ("BC") for a fifth and final allowance of fees and reimbursement of expenses incurred as Special Litigation Counsel to Robert L. Geltzer, the Chapter 7 Trustee (the "Trustee") of Asia Global Crossing Ltd. ("AGX") and Asia Global Crossing Development Co. ("AGCDC") accrued from June 20, 2003 to July 14, 2008 (the "Full Allowance Period"); and no objections having been filed thereto; and the Court having held a hearing on the Final Fee Application on September 18, 2008; and sufficient notice of the relief requested in the Final Fee Application having been given and no further notice being required; and upon due deliberation and good cause appearing therefor; it is

        **ORDERED** that, as set forth in Schedule A attached hereto, BC be, and hereby is, awarded a final fee award of $4,970,922.55 (the "Total Fees"), representing Total Fees for the Full Allowance Period, and reimbursement of expenses in the amount of $230,764.39 (the "Total Expenses"), representing Total Expenses for the Full Allowance Period; and it is further

        **ORDERED** that, as set forth in Schedule A attached hereto, the Trustee is authorized and directed to pay BC as follows:  upon the entry of this Order, payment to

BC of fees in the amount of $786,453.76, representing the difference between the Total Fees and amount of fees previously paid by the Trustee to BC pursuant to the prior Orders of this Court, and expenses in the amount of $627.98, representing the difference between the Total Expenses and the amount of expenses previously reimbursed by the Trustee to BC pursuant to the prior Orders of this Court.  **SMB 10/2/08**  ~~; and it is further~~

~~**ORDERED** that any requirement under any Local Bankruptcy Rules for the submission of a memorandum of law with respect to the BC Application be, and the same hereby is, dispensed with and waived.~~

Dated: October 2, 2008
      New York, New York

                         /s/   STUART M. BERNSTEIN
                        **HONORABLE STUART M. BERNSTEIN**
                        **CHIEF UNITED STATES BANKRUPTCY JUDGE**

SCHEDULE A

Case No.:     02-15749 (SMB) through 02-15750 (SMB)
Case Name:    Asia Global Crossing, Ltd., *et al.*

**CURRENT FEE PERIOD:
September 1, 2007 through July 14, 2008
(Fifth Application Period)**

| APPLICANT | DATE / DOCUMENT NO. of APPLICATION | FEES REQUESTED | FEES PAYABLE | EXPENSES REQUESTED | EXPENSES PAYABLE |
|---|---|---|---|---|---|
| Bryan Cave LLP | July __, 2008, Document No. ___ | $35,860.00 | $35,860.00 | $627.98 | $627.98 |

**SMB  10/2/08**

C046038/0139603/1493107.1

SCHEDULE A (con't)

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**ALL FEE PERIODS:**
**June 20, 2003 through July 14, 2008**

| APPLICANT | TOTAL FEES REQUESTED | TOTAL FEES AWARDED | TOTAL EXPENSES REQUESTED | TOTAL EXPENSES AWARDED |
|---|---|---|---|---|
| Bryan Cave LLP | $4,970,922.55 | $4,970,922.55 | $230,764.39 | $230,764.39 |

**SMB 10/2/08**

C046038/0139603/1493107.1