UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                             :

In re                                     :           Chapter 7
                                             :           02-15749 (SMB)

ASIA GLOBAL CROSSING LTD., *et al.,*      :           and 02-15750 (SMB)
                                             :

                      Debtors.     :           (Substantively Consolidated)
                                             :
------------------------------------------------------------X

**ORDER GRANTING (I) APPLICATION FOR FIFTH INTERIM ALLOWANCE OF COMMISSIONS FOR ROBERT L. GELTZER, CHAPTER 7 TRUSTEE, AND (II) FIFTH INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (A) GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP, AND (B) DAVIS, GRABER, PLOTZKER & WARD, LLP**

Upon consideration of (i) the application of Robert L. Geltzer, chapter 7 trustee

(the "Trustee") for a fifth interim allowance of commissions (the "Trustee Application"), (ii) the

fifth interim applications for allowances of compensation and reimbursement of expenses of (a)

Golenbock Eiseman Assor Bell & Peskoe LLP ("GEABP"), general counsel to the Trustee, and

(b) Davis, Graber, Plotzker & Ward, LLP ("DGPW"), accountants to the Trustee (the foregoing

applications of GEABP and DGPW referred to herein as the " Fifth Interim Applications" and

together with the Trustee Application, collectively referred to as the "Applications");[1] and the

Court having jurisdiction to consider the Applications and the relief requested therein pursuant

to 28 U.S.C. §§ 157 and 1334, and the Standing Order of Referral of Cases to Bankruptcy Court

Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward,

Acting C.J.); and upon consideration of the Applications and the relief requested therein being a

core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and pursuant to Bankruptcy Rule 2002(a)(6) and

---

[1] The current fee periods for each of the Applications are as follows: (a) June 12, 2003, through December 4, 2008 for the Trustee Application, and (b) September 1, 2007 through August 31, 2008 for the Fifth Interim Applications.

(c)(2) and Local Bankruptcy Rule 2002-1, due and proper notice of the Applications having

been provided to the United States Trustee, all creditors or their counsel, the indenture trustee

and all parties who filed a notice of appearance in this case; and a hearing having been held by

this Court on December 4, 2008; and upon the record of the hearing; and due consideration

having been given to the Applications; and sufficient cause having been shown therefor, it is

hereby

          ORDERED, that the Applications are granted to the extent set forth in Schedule A

attached hereto.

Dated: New York, New York
       December 12, 2008

                             **/s/  STUART M. BERNSTEIN**
                             Honorable Stuart M. Bernstein
                             Chief United States Bankruptcy Judge

**<u>Schedule A</u>**

Case No.:  02-15749 (SMB) through 02-15750 (SMB)
Case Name:  Asia Global Crossing, Ltd., *et al.*

**CURRENT FEE PERIOD:**
**(Robert L. Geltzer - June 12, 2003, through December 4, 2008)**
**(GEABP and DGPW– September 1, 2007 through August 31, 2008)**

| Applicant | Date/Docket Number | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Robert L. Geltzer, as Trustee | 11/10/08 Docket No. 992 | $1,878,710.98 | $61,834.50 | $194.33 | $194.33 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | 11/10/08 Docket No. 993 | $426,823.89 | $426,823.89 | $24,936.37 | $24,936.37 |
| Davis, Graber, Plotzker & Ward, LLP | 11/10/08 Docket No. 994 | $282,697.20 | $282,697.20 | $610.41 | $610.41 |

SCHEDULE A(1)                              DATE:  12/12/08      INITIALS:  SMB, USBJ

*444399.2*

## Schedule A
### (Cont.)

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

### SUMMARY:
### ALL FEE PERIODS SINCE APPOINTMENT OF CHAPTER 7 TRUSTEE
### (INCLUDING THIS PERIOD)

| Applicant | Total Fees/ Commissions Incurred | Total Fees/ Commissions Requested | Total Fees/ Commissions Awarded | Total Holdback Amounts* | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|---|
| Robert L. Geltzer, as Trustee (commissions) | $2,767,396.48 | $2,767,396.48 | $950,520.00 | N/A | $2,662.97 | $2,662.97 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | $4,373,731.14 | $4,003,198.66 | $3,934,875.16 | $438,855.98 | $241,377.23 | $241,377.23 |
| Davis, Graber, Plotzker & Ward, LLP | $3,063,902.00 | $2,819,447.90 | $2,757,511.80 | $306,390.20 | $7,899.09 | $7,899.09 |
| Bryan Cave | $4,970,922.55 | $4,970,922.55 | $4,970,922.55 | -- | $230,764.39 | $230,764.39 |
| Morris, Nichols, Arsht & Tunnell | $17,080.00 | $15,090.90 | $15,090.90 | $1,989.10 | $2,394.85 | $2,2394.85 |
| Wakefield Quinn | $60,000.00 | $52,000.00 | $8,000.00 | $8,000.00 | $453.41 | $453.41 |
| Goldin Associates | $1,115,286.84 | $1,115,286.84 | $1,115,286.84 | -- | $16,736.30 | $16,736.30 |
| Bingham McCutchen, LLP | $71,474.50 | $71,474.50 | $71,474.50 | -- | $3,758.99 | $3,758.99 |

* These are amounts that have been incurred but not awarded, without prejudice to further application.

SCHEDULE A(2)                    DATE: 12/12/08      INITIALS: SMB, USBJ