UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :     Chapter 7
                                                            :
                                                            :     Case Nos. 02-15749
ASIA GLOBAL CROSSING LTD., *et al*.,                        :     through 02-15750 (SMB)
                                                            :
                Debtors.                                    :     (Substantively Consolidated)
------------------------------------------------------------x

**ORDER APPROVING FOURTH INTERIM (FOR THE PERIOD SEPTEMBER 1, 2006 THROUGH DECEMBER 31, 2008) AND FINAL FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, COUNSEL FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JULY 23, 2003 THROUGH DECEMBER 31, 2008 AND REQUEST FOR FULL PRIOR HOLDBACK**

Upon the Application (the "Application"), dated May 1, 2009, of Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), counsel to Robert L. Geltzer, the Chapter 7 Trustee (the "Trustee") for Asia Global Crossing Ltd. and Asia Global Crossing Development Co., for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period September 1, 2006 through December 31, 2008 (the "Fourth Interim Application Period") and for Final Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 23, 2003 through December 31, 2008 (the "Full Allowance Period"); and no objections to the Application having been filed; and the Court having held a hearing on the Application on May 21, 2009; and sufficient notice of the relief requested in the Application having been given and no further notice being required; and upon due deliberation and good cause appearing therefore; it is

**ORDERED** that as set forth in Schedule A(2) attached hereto, Morris Nichols be, and hereby is, awarded the following amounts on a final basis for the Full Allowance Period: (i) the sum of $22,430.00 for fees, and (ii) the sum of $2,440.85 for expenses; and it is further

**ORDERED** that as set forth in Schedule A(1) attached hereto, upon entry of this Order, the Trustee is hereby authorized and directed to pay Morris Nichols as follows: (i)

*460570.1*

$1,889.69, representing 95% of those fees incurred during prior fee periods but not previously paid by the Trustee, (ii) $5,082.03, representing 95% of those fees incurred during the Fourth Interim Application Period, and (iii) $46.00, representing 100% of out-of–pocket expenses incurred during the Fourth Interim Application Period; and it is further

**ORDERED** that, upon the closing of these chapter 7 cases, the Trustee is authorized and directed to pay Morris Nichols the sum of $366.93, representing the remaining 5% of Morris Nichols' fees; and it is further

**ORDERED** that any requirement under any Local Bankruptcy Rules for the submission of a memorandum of law with respect to the Application be, and the same hereby is dispensed with and waived.


Dated: June 15, 2009          /s/  **STUART M. BERNSTEIN**
                              United States Bankruptcy Judge

*460570.1*

# SCHEDULE A(1)

**Asia Global Crossing, Ltd., et al**
**Case No. 02-15749**

**CURRENT FEE PERIOD:**
September 1, 2006 through December 31, 2008
(Fourth Interim Application Period)

| **APPLICANT** | **DATE/DOCUMENT NO. OF APPLICATION** | **FEES REQUESTED** | **FEES PAYABLE** | **EXPENSES REQUESTED** | **EXPENSES PAYABLE** |
|---|---|---|---|---|---|
| Morris, Nichols, Arsht & Tunnell LLP | May 1, 2009 Document No. 1012 | $7,338.65* | $6,971.72** | $46.00 | $46.00 |

**6/15/09   SMB, USBJ**

\* This sum is comprised of the following amounts: (i) $5,349.50, representing fees incurred during the Fourth Interim Application Period (the "Fourth Interim Fee Amount"), *plus* (ii) $1,989.15, representing fees incurred during prior fee periods but not previously requested to be paid (the "Holdback Amount").

\*\* This sum is comprised of the following amounts: (i) $5,082.03, representing 95% of the Fourth Interim Fee Amount of $5,349.50, *plus* (ii) $1,889.69 representing 95% of Holdback Amount of $1,989.15.  The sum of $366.93, representing the remaining 5% of fees, shall be paid by the Trustee upon closing of these chapter 7 cases.

*460570.1*

# SCHEDULE A(2)

**Asia Global Crossing, Ltd., et al**
**Case No. 02-15749**

**ALL FEE PERIODS:**
**July 23, 2003 through December 31, 2008**
**(Final Application Period)**

| APPLICANT | TOTAL FEES REQUESTED | TOTAL FEES AWARDED | TOTAL EXPENSES REQUESTED | TOTAL EXPENSES AWARDED |
|---|---|---|---|---|
| Morris, Nichols, Arsht & Tunnell LLP | $22,430.00 | $22,430.00 | $2,440.85 | $2,440.85 |

**6/15/09   SMB, USBJ**