UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                                       :

In re                                                                            :         Chapter 7
                                                                               :         02-15749 (SMB)
ASIA GLOBAL CROSSING LTD., *et al.,*         :         and 02-15750 (SMB)
                                                                               :
                                        Debtors.         :         (Substantively Consolidated)
                                                                               :
------------------------------------------------------------X

**ORDER GRANTING (I) APPLICATION FOR SIXTH INTERIM ALLOWANCE OF
COMMISSIONS FOR ROBERT L. GELTZER, CHAPTER 7 TRUSTEE, AND (II)
SIXTH INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR (A) GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP, AND (B) DAVIS, GRABER, PLOTZKER & WARD, LLP**

Upon consideration of (i) the application of Robert L. Geltzer, chapter 7 trustee (the "Trustee") for a sixth interim allowance of commissions (the "Trustee Application"), (ii) the sixth interim applications for allowances of compensation and reimbursement of expenses of (a) Golenbock Eiseman Assor Bell & Peskoe LLP ("GEABP"), general counsel to the Trustee, and (b) Davis, Graber, Plotzker & Ward, LLP ("DGPW"), accountants to the Trustee (the foregoing applications of GEABP and DGPW referred to herein as the "Sixth Interim Applications" and together with the Trustee Application, collectively referred to as the "Applications");[1] and the Court having jurisdiction to consider the Applications and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and upon consideration of the Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and pursuant to

---

[1] The current fee periods for each of the Applications are as follows: (a) June 12, 2003, through November 6, 2009 for the Trustee Application, and (b) September 1, 2008 through December 10, 2009 for the Sixth Interim Applications.

Bankruptcy Rule 2002(a)(6) and (c)(2) and Local Bankruptcy Rule 2002-1, due and proper notice of the Applications having been provided to the United States Trustee, all creditors or their counsel, the indenture trustee and all parties who filed a notice of appearance in this case; and a hearing having been held by this Court on December 10, 2009 (the "Hearing") at which appearances were noted for the Trustee, counsel to the Trustee, counsel to 360networks Corp. and counsel to the Bank of New York; and at the Hearing, the Trustee having voluntarily reduced his requested commissions from $1,849,971.36 to $1,650,000.00; and upon the record of the Hearing; and due consideration having been given to the Applications; and sufficient cause having been shown therefor, it is hereby

ORDERED, that the Applications are granted to the extent set forth in Schedule A attached hereto.

Dated: New York, New York
December 15, 2009

    /s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
Chief United States Bankruptcy Judge

# Schedule A

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**CURRENT FEE PERIOD:**
**(Robert L. Geltzer - June 12, 2003, through December 10, 2009)**
**(GEABP and DGPW– September 1, 2008 through August 31, 2009)**

| Applicant | Date/Docket Number | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Robert L. Geltzer, as Trustee | 11/10/08 Docket No. 1026 | $1,650,000.00* | $48,800.00 | $277.26 | $277.26 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | 11/10/08 Docket No. 1027 | $342,120.15 | $342,120.15 | $23,710.48 | $23,710.48 |
| Davis, Graber, Plotzker & Ward, LLP | 11/10/08 Docket No. 1028 | $99,450.90 | $99,450.90 | $160.00 | $160.00 |

\* This amount reflects the Trustee's voluntary reduction of commissions requested, from $1,849,971.36 (per the Trustee Application) to $1,650,000.00 (per the Trustee's statements on the record at the Hearing).

SCHEDULE A(1)                                   **DATE: 12/15/09      INITIALS: SMB, USBJ**

*480117.1*

**Schedule A**
**(Cont.)**

Case No.: 02-15749 (SMB) through 02-15750 (SMB)
Case Name: Asia Global Crossing, Ltd., *et al.*

**SUMMARY:**
**ALL FEE PERIODS SINCE APPOINTMENT OF CHAPTER 7 TRUSTEE**
**(INCLUDING THIS PERIOD)**

| Applicant | Total Fees/ Commissions Incurred | Total Fees/ Commissions Requested | Total Fees/ Commissions Awarded | Total Holdback Amounts** | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|---|
| Robert L. Geltzer, as Trustee (commissions) | -- | $2,600,520.00* | $999,320.00 | N/A | $2,940.23 | $2,940.23 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | $4,753,864.64 | $4,345,318.81 | $4,276,995.31 | $476,869.13 | $265,087.71 | $265,087.71 |
| Davis, Graber, Plotzker & Ward, LLP | $3,174,403.00 | $2,918,898.80 | $2,856,962.79 | $317,440.30 | $7,900.69 | $7,900.69 |
| Bryan Cave | $4,970,922.55 | $4,970,922.55 | $4,970,922.55 | -- | $230,764.39 | $230,764.39 |
| Morris, Nichols, Arsht & Tunnell | $22,430.00 | $22,430.00 | $22,430.00 | $366.93*** | $2,440.85 | $2,440.85 |
| Wakefield Quinn | $60,000.00 | $52,000.00 | $52,000.00 | $8,000.00 | $453.41 | $453.41 |
| Goldin Associates | $1,115,286.84 | $1,115,286.84 | $1,115,286.84 | -- | $16,736.30 | $16,736.30 |
| Bingham McCutchen, LLP | $71,474.50 | $71,474.50 | $71,474.50 | -- | $3,758.99 | $3,758.99 |

\* This amount reflects the Trustee's voluntary reduction of commissions requested, from $1,849,971.36 (per the Trustee Application) to $1,650,000.00 (per the Trustee's statements on the record at the Hearing).

\*\* Other than for Morris, Nichols, Arsht & Tunnell, the amounts set forth in this column have been incurred but not awarded, without prejudice to further application.

\*\*\* This amount has been awarded by the Court, but the Trustee was directed to pay it upon closing of the case.

SCHEDULE A (2)                    DATE: 12/15/09      INITIALS: SMB, USBJ